IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY HENDERSON, | No. 2:12-CV-0043-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| MICHAEL MARTEL, | |
| Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an expedited ruling (Doc. 25).  Petitioner is advised that the court will rule on the merits of his petition in due course.  To the extent petitioner seeks to have his petition treated preferentially, the motion is denied.

      IT IS SO ORDERED.

DATED:  March 26, 2014

                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE